JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS L. HOFFMAN,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>KIM HOLLAND, WARDEN,<br><br>　　　　　Respondent. | Case No. CV 15-01162-R (DTB)<br><br>**J U D G M E N T** |

　　　In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus Without Prejudice filed herein,

　　　IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice.

DATED: March 3, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MANUEL L. REAL
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE